USDC - DVT
2:24-mc-76

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE SECOND CIRCUIT

*For the Purpose of Trying Specific Cases*

[FILED APR 2 3 2024 — Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT, UNITED STATES COURT OF APPEALS]

On January 11, 2023, February 2, 2023, and March 23, 2023, pursuant to 28 U.S.C. § 294(c), I designated the Honorable Thomas J. McAvoy, United States Senior District Judge for the Northern District of New York, to perform the duties of United States District Judge temporarily for the District of Vermont for specific cases filed by Jeffrey Lamothe and all related matters.

The orders recited above are hereby vacated. I designate Honorable Anne M. Nardacci, United States District Judge for the Northern District of New York, pursuant to 28 U.S.C. § 292(a), to perform the duties of United States District Judge temporarily for the District of Vermont for the specific cases *Jeffrey Lamothe v. Federal Court Clerks*, Case No. 23-cv-028; *Jeffrey Lamothe v. Rutland Sheriffs Department*, Case No. 23-cv-029; *Jeffrey Lamothe v. Rutland Sheriffs Department*, Case No. 23-cv-030; *Jeffrey Lamothe v. Rutland Superior Court Clerks*, Case No. 23-cv-031; *Jeffrey Lamothe v. Rutland City Hall Social Security*, Case No. 23-cv-032; *Jeffrey Lamothe v. Federal Court Clerks of Vermont, et al.*, Case No. 23-cv-033; *Jeffrey Lamothe v. Federal Court Clerks, et al.*, Case No. 23-cv-040; *Jeffrey Lamothe v. Steinert, et al.*, Case No. 23-cv-054; and *Jeffrey Lamothe v. Gallus, et al.*, Case No. 23-cv-055, and all related matters.

Dated: April 23, 2024

*/s/ Debra Ann Livingston*
Debra Ann Livingston
Chief Circuit Judge
Second Circuit Court of Appeals

cc: Hon. Brenda Sannes, Chief U.S.D.J., Northern District of New York
Hon. Thomas J. McAvoy, U.S.D.J., Northern District of New York
Hon. Anne M. Nardacci, U.S.D.J., Northern District of New York
John Domurad, Clerk of Court, Northern District of New York
Hon. Geoffrey W. Crawford, Chief U.S.D.J., District of Vermont
Jeffrey Eaton, Clerk of Court, District of Vermont
Michael Jordan, Second Circuit Executive

CERTIFIED COPY
Catherine O'Hagan Wolfe, Clerk

by _____ DEPUTY CLERK

April 23, 2024